**SO ORDERED.**

**SIGNED this 5 day of December, 2023.**



_____
**Austin E. Carter
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br>Shedrick Dewayne Martin<br>LaTasha James Martin<br>624 Piedmont Avenue<br>Macon, GA 31206<br>SS#    XXX-XX-6139<br>SS#    XXX-XX-2205 | CHAPTER 13<br><br>CASE NO. 23-51080-AEC |

**ORDER CONFIRMING PLAN AWARDING ATTORNEY FEES**

The debtors' plan having been transmitted to all creditors; and

It having been determined, after hearing on notice, that the debtors' plan, or plan as amended, complies with Chapter 13 of the Bankruptcy Code, 11 U.S.C. §1325, and with other applicable provisions of this title of the United States Code as shown by Exhibit "A" attached hereto; and

The Chapter 13 Trustee having recommended that the debtors' plan to be confirmed; it is

      **ORDERED** that the debtors' plan, or plan as amended, which plan is attached hereto as Exhibit "A" and incorporated herein by reference, is confirmed, and the debtors are further ordered to comply with the terms of this plan and to maintain in force all insurance required by any of his contractual agreements; and it is further

      **ORDERED** that an award of $3,900.00 is made to Alex Sanders with Kelley Lovett & Sanders PC as interim compensation in this case pursuant to §331 of the Bankruptcy Code for the attorney services rendered in this case . The trustee is directed to pay any unpaid balance as an administrative expense; and it is further

      **ORDERED** that all pending motions to dismiss filed by the Chapter 13 trustee are hereby withdrawn , unless a separate order has been entered resolving the motion.

END OF DOCUMENT

Camille Hope, Trustee
P.O. Box 954
Macon GA 31202
Telephone (478) 742-8706
docomt@chapter13macon.com

IN RE:  
Shedrick Dewayne Martin  
LaTasha James Martin

Chapter 13  
Case No. 23-51080-AEC

## Trustee's Summary of the Plan Including Agreed Upon Changes

**Plan Payments and Length of Plan**

| Which Debtor | Payment Amt. | Frequency | Start Date | |
|---|---|---|---|---|
| Debtor 2 | 458.00 | WEEKLY | 11/4/2023 | until the plan is completed. |

If the debtor proposes to pay less than 100% to the unsecured creditors, the debtor will pay 36 monthly payments before becoming eligible for a discharge. If the case has an applicable commitment period of 60 months, the debtor will pay a minimum of 57 monthly payments unless another term is stated in special provisions before becoming eligible for a discharge.

**Treatment of Secured Claims**

From the payments so received, the Trustee shall make disbursements to allowed claims as follows:

**Secured Claims Not Subject to Cram Down**

| Bridgecrest Credit Company, LLC | $16,363.27 | 8.00 | '16 Jeep Compass | $370.00 |
|---|---|---|---|---|

**Pre-confirmation Adequate Protection Payments - These payments will be applied to reduce the principal of the claim.**

| Name of Creditor | Adequate Protection Payment Amount |
|---|---|
| 1ST FRANKLIN FINANCIAL | $60.00 |
| 1ST FRANKLIN FINANCIAL | $60.00 |
| KAYBEE OF MACON | $35.00 |
| Wayfinder BK as agent for Performance Finance | $50.00 |
| Bridgecrest Credit Company, LLC | $120.00 |
| Jefferson Capital Systems LLC | $200.00 |

**Secured Creditors Subject to Cram Down**

| Name of Creditor | Amount Due | Value | Int Rate | Collateral | Monthly Pymt |
|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL | 13,238.00 | $13,500.00 | 5.00 | Hustler ZT Mower, (See Plan) | $270.00 |
| 1ST FRANKLIN FINANCIAL | 3,334.18 | $3,500.00 | 5.00 | Bobcat ZT Mower | $80.00 |
| KAYBEE OF MACON | 4,424.31 | $3,320.00 | 5.50 | VARIOUS JEWELRY | $75.00 |
| Wayfinder BK as agent for Performance | 10,407.41 | $7,000.00 | 5.00 | '19 Polaris | $150.00 |
| Jefferson Capital Systems LLC | 23,422.25 | $30,000.00 | 8.00 | 2016 GMC Sierra | $600.00 |

**The following debts will be paid directly by the debtor(s):**

| Name of Creditor | Collateral Description |
|---|---|
| American Home Furniture | Stove |
| American Home Furniture | Fridge |

All 11 U.S.C. §507 Priority claims will be paid in full over the life of the plan.

Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtor(s) will pay the highest of the four):

| Disposable Income: | $ | Best Interest: | $4,300.00 | Optional: Dividend: | $26900.00 | Binding Dividend: | __ | Anticipated Dividend: | 0.00% |
|---|---|---|---|---|---|---|---|---|---|

**Nonstandard Provisions**

The standard language and specific terms contained in the Middle District of Georgia's model Chapter 13 plan and any nonstandard provisions added to the plan or modified plan by the debtor(s) are incorporated by reference. Additional nonstandard provisions, if any, are included below:

Kaybee of Macon will receive pre & post confirmation adequate protection payments of $35.00 per month on Crt. Clm. #9, T. Clm. #5.

EXHIBIT "A"

/s/ Camille Hope  
Office of the Chapter 13 Trustee